# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THERAVANCE BIOPHARMA US, INC., a Delaware corporation, THERAVANCE BIOPHARMA R&D IP, LLC, a Delaware limited liability company, THERAVANCE BIOPHARMA ANTIBIOTICS IP, LLC, a Delaware limited liability company, | CASE NO. 3:17-cv-05044 |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO REOPEN CASE** |
| vs. | |
| JUNNING LEE, an individual, | |
| Defendant. | |
| JUNNING LEE, | |
| Counterclaimant, | |
| v. | |
| THERAVANCE BIOPHARMA US, INC., THERAVANCE BIOPHARMA, INC., RICK E WINNINGHAM, | |
| Counter-Defendants. | |

The parties to the above-captioned action filed a Joint Administrative Motion to Reopen Case ("Motion") for the limited purpose of submitting a Stipulation and [Proposed] Order of Dismissal and Permanent Injunction. Having considered the Motion, and good cause having been shown, the Court GRANTS the Motion.

IT IS SO ORDERED.

DATED: ___May 30_____, 2018

_____
The Honorable Vincent Chhabria
United States District Court Judge